**Order entered September 18, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01017-CV

### IN RE POPSUGAR INC., Relator

**Original Proceeding from the 95th District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-08570**

## ORDER
Before Justices Myers, Whitehill, and Nowell

Before the Court is relator's August 27, 2019 petition for writ of mandamus. On September 6, 2019, relator filed its unopposed motion to consolidate this petition with a related mandamus, cause number 05-l9-01018-CV, styled *In Re Shopstyle Inc.*, and a related interlocutory appeal, cause number 05-19-00746-CV, styled *ShopStyle Inc. and Popsugar Inc. v. rewardStyle, Inc*. All three proceedings challenge the trial court's May 31, 2019 order denying special appearances and granting a rule 202 petition. Relator asserts that in light of the factual and legal overlap in these three proceedings, they should be consolidated and decided together. We **GRANT** relator's motion.

Accordingly, we **ORDER** cause number 05-19-01017-CV consolidated into cause number 05-19-00736-CV. We **DIRECT** the Clerk of the Court to remove all documents from cause number 05-19-01017-CV and refile them in cause number 05-19-00736-CV and to treat

cause number 05-19-01017-CV as a closed case.  We **ORDER** that all future pleadings be filed in and bear only cause number 05-19-00736-CV.

Per the Court's September 12, 2019 order in cause number 05-19-00736-CV, appellee's brief is due on or before October 16, 2019.


/s/     ERIN A. NOWELL
JUSTICE